UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN SCHOENLEBER-FONTAN,

Plaintiff,

-against-

CREDIT ONE BANK, N.A.,

Defendant.

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _6-28-18_

Case #: 1:18-CV-00738-ALC-HBP

## STIPULATION TO DISMISS

Plaintiff, KRISTIN SCHOENLEBER-FONTAN, and Defendant, CREDIT ONE BANK,

N.A., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and

costs.

DATED: June 28, 2018

Respectfully submitted,
AGRUSS LAW FIRM, LLC

By:James Parr
James Parr
Agruss Law Firm, LLC
4809 N. Ravenswood Ave, Suite 419
Chicago, IL 60640
Tel: (312) 224-4695
Fax: (312) 253-4451
james@agrusslawfirm.com
*Admitted Pro Hac Vice*

Respectfully submitted,
SESSIONS, FISHMAN, NATHAN
& ISRAEL, L.L.C.

By:Aaron R. Easley
Aaron R. Easley, Esq. (ae9927)
3 Cross Creek Drive
Flemington, NJ 08822
Phone: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions-law.biz

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/28/18

## CERTIFICATE OF SERVICE

On June 28, 2018, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: James Parr
James Parr